Jose GUBIENSIO–ORTIZ,
Petitioner–Appellant,

v.

Al KANAHELE, Warden, Metropolitan
Correctional Center, San Diego,
California, Respondent–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Raul CHAVEZ–SANCHEZ,
Defendant–Appellee.

Nos. 88–5848, 88–5109.

United States Court of Appeals,
Ninth Circuit.

Sept. 8, 1988.

Before WIGGINS,* BRUNETTI and
KOZINSKI, Circuit Judges.

ORDER

The government's application for a stay of this court's decision is denied.